No. 00–10820. WILKS v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–10821. WINER v. MORRISEY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–10822. ESPARZA-ORNELAS v. UNITED STATES; SIERRA-NINO v. UNITED STATES; SOSA-GARCIA v. UNITED STATES; SOSA-VARGAS v. UNITED STATES; and TRUJILLO-GUERRERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 704 (fourth judgment) and 705 (first, second, third, and fifth judgments).

No. 00–10823. WALKER v. MONTCALM CENTER FOR BEHAVIORAL HEALTH ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–10824. MCCRIGHT v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 00–10825. ORTIZ v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–10826. STEWART v. STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–10828. MCSHEFFREY v. EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–10830. DITTON v. CAPITAL ONE FINANCIAL CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10831. KEA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10832. MARTINEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–10833. REVIERE v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.